JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Keith McComb**,<br><br>    Plaintiff,<br><br>  v.<br><br>**Fay J. Mills,** in individual and representative capacity as trustee of the Mills Family Trust;<br>**Sandra J. Mills,** in individual and representative capacity as trustee of the Mills Family Trust;<br>**Wendell G. Jackson**; and Does 1-10,<br><br>    Defendants. | Case: 2:14-CV-00914-DMG-AJW<br><br>**ORDER RE VOLUNTARY DISMISSAL OF ACTION [9]** |

    Having reviewed Plaintiff's Notice of Voluntary Dismissal, and good cause appearing therefor, this action is hereby dismissed with prejudice. The parties shall bear their own attorneys' fees and costs.

    The Order to Show Cause issued on April 14, 2014 is hereby DISCHARGED.

DATED: April 28, 2014

                                        *Dolly M. Gee*
                                        DOLLY M. GEE
                          UNITED STATES DISTRICT JUDGE